```
Type name, address, phone number of applicant here
Bruce C. Wong
580 California Street #1600
San Francisco, California 94104
Tel:(415) 439-4850
```

*Clerk's Use Only*
*Initial for fee pd.:*

**FILED**
08 JAN 17 PM 3:56
[CLERK, US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA stamp]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CV 08  0340  PJH**

Xiu Fang Luo

        Plaintiff(s),

   v.

        Defendant(s).

CASE NO. A47-555-449

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Bruce C. Wong, an active member in good standing of the bar of Washington State, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Xiu Fang Luo in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Jimmy C.K. Wang Esq.
   580 California St. #1600 San Francisco, California 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01-16-08            *Bruce C. Wong* [signature]

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611014739
Cashier ID: sprinka
Transaction Date: 01/17/2008
Payer Name: xian fang luo
------------------------------------
PRO HAC VICE
 For: bruce wong
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 08767980646
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-340pjh

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```