**UNITED STATES DISTRICT COURT**

**Northern District of California**

CV 08 0340 PJH

RECEIVED JAN 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Xiu Fang Luo

CASE NO. A47-555-449

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

Defendant(s).
_____/

Bruce C. Wong, an active member in good standing of the bar of Washington State whose business address and telephone number (particular court to which applicant is admitted) is

580 California Street #1600
San Francisco, California 94104

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg

_____
United States Magistrate Judge

