# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Xiu Fang Luo

SUMMONS IN A CIVIL CASE

CASE NUMBER: A47-55**PJH**

V.

Micheal Chertoff Sec. of HS, Emilio Gonzalez Dir. USCIS, Scott Schools US Atty Northern CA, Rosemary Melville SF D/D Robert Muller FBI

**CV 08   0340**

TO: (Name and address of defendant)

| Micheal Chertoff | Emilio Gonzalez | Scott Schools | Rosemary Melville | Robert Muller |
|---|---|---|---|---|
| Secretary of HS | Dir. USCIS | US Atty | SF D/D | FBI J.Edgar Hoover |
| US Dept of HS | California Service Ctr | 450 Golden Gate Ave | 630 Sansome St. | 935 Pennsylvania |
| Washington, DC | 24000 Avila Rd, 2nd floor PO Box 36055 | | SF, CA 94111 | Ave. NW |
| 20528 | Laguna Niguel, CA 92677 SF, CA 94102 | | | Washington, DC 20535-0001 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce C. Wong Esquire
580 California Street #1600
San Francisco, California 94104
(415) 439-4850

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 17 2008

Richard W. Wieking
CLERK

DATE_____

**ANNA SPRINKLES**

(BY) DEPUTY CLERK