**RECEIVED**
JAN 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

CV 08 0340

UNITED STATES DISTRICT COURT

Northern District of California

Xiu Fang Luo

CASE NO. A47-555-449

Plaintiff(s),

v.

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Defendant(s).
_____/

Bruce C. Wong, an active member in good standing of the bar of Washington State whose business address and telephone number (particular court to which applicant is admitted) is

580 California Street #1600
San Francisco, California 94104,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~ggg~~ 1/30/08



IT IS SO ORDERED
United S[tates] [Ju]dge
Judge Phyllis J. Hamilton

