UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XIU FANG LUO,

    Plaintiff,

    v.

MICHAEL CHERTOFF, et al.,

    Defendants.

_____/

No. C 08-0340 PJH

**ORDER VACATING *PRO HAC VICE* STATUS**

On February 5, the court issued an Order to Show Cause giving plaintiff's attorney until February 15 to demonstrate why the court's January 30 order granting pro hac vice status should not be vacated. Defendants were, in turn, granted until February 22, to file any response thereto. To date, however, neither plaintiff's counsel nor defendants have responded to the court's February 5 Order.

In light of the failure of plaintiff's counsel to respond or comply with the Order to Show Cause, the court hereby VACATES its January 30 order granting pro hac vice status. Plaintiff is furthermore instructed to file, no later than **March 28, 2008**, a substitution of attorney appointing new counsel, or stating that plaintiff intends to represent himself in this action.

**IT IS SO ORDERED.**

Dated: February 26, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge