| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 3 | MELANIE L. PROCTOR (CSBN 228971) |
|   | Melanie.Proctor@usdoj.gov |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-6730 |
|   | FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| XIU FANG LUO, | ) | No. C 08-0340 PJH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary, | ) | REQUEST FOR EXEMPTION FROM THE |
| Department of Homeland Security; EMILIO | ) | FORMAL ADR PROCESS |
| GONZALEZ, Director, United States | ) | |
| Citizenship and Immigration Services; | ) | |
| JOSEPH P. RUSSONIELLO,* United | ) | |
| States Attorney, California Northern | ) | |
| District; ROSEMARY MELVILLE, San | ) | |
| Francisco District Director; ROBERT S. | ) | |
| MUELLER, III, Director of the Federal | ) | |
| Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

///

///

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Joseph P. Russoniello is substituted for his predecessor, Scott Schools, as the United States Attorney for the Northern District of California.

ADR CERTIFICATION
No. C 08-0340 PJH

The undersigned certifies that she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.[1]

Here, Defendants believe that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court decide Plaintiff's application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), Defendants request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: April 1, 2008                          Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                                /s/
                                              MELANIE L. PROCTOR
                                              Assistant United States Attorney
                                              Attorneys for Defendants

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____                  _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge

---

[1] On March 24, 2008, Defendants' counsel wrote to Plaintiff, who now appears to be proceeding pro se, regarding the ADR certification. To date, Plaintiff has not responded to that letter. Defendants file the certification today in order to comply with the service requirements of Civ. L.R. 5-5(a).

ADR CERTIFICATION
No. C 08-0340 PJH                    2

CERTIFICATE OF SERVICE

I, TINA LOUIE, declare:

That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party of the above-entitled action;

That on April 1, 2008 I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**REQUEST FOR EXEMPTION FROM THE FORMAL ADR PROCESS AND [PROPOSED] ORDER**

addressed to:

Xiu Fang Luo  
63 Mercury Street  
San Francisco, California 94124

at his last known address at which place there is service by United States mail.

This Certificate is executed on April 1, 2008, at San Francisco, California.

I certify under penalty of perjury that the foregoing is true and correct.

                                                   /s/  
                                                   TINA LOUIE  
                                                   Legal Assistant