1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | XIU FANG LUO,                              ) | No. C 08-0340 PJH
   |                                            ) |
13 |                    Plaintiff,              ) |
   |                                            ) |
14 |     v.                                     ) |
   |                                            ) |
15 | MICHAEL CHERTOFF, Secretary,                ) | EX PARTE REQUEST FOR EXEMPTION
   | Department of Homeland Security; EMILIO     ) | FROM THE FORMAL ADR PROCESS
16 | GONZALEZ, Director, United States           ) |
   | Citizenship and Immigration Services;       ) |
17 | JOSEPH P. RUSSONIELLO,* United              ) |
   | States Attorney, California Northern        ) |
18 | District; ROSEMARY MELVILLE, San            ) |
   | Francisco District Director; ROBERT S.      ) |
19 | MUELLER, III, Director of the Federal       ) |
   | Bureau of Investigation,                    ) |
20 |                                            ) |
   |                    Defendants.              ) |
21 |                                            ) |

22  ///

23  ///

24  ///

25  ///

26  ///

27

28  *Pursuant to Fed. R. Civ. P. 25(d)(1), Joseph P. Russoniello is substituted for his predecessor,
    Scott Schools, as the United States Attorney for the Northern District of California.

    ADR CERTIFICATION
    No. C 08-0340 PJH

1  The undersigned certifies that she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.[1]

Here, Defendants believe that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court decide Plaintiff's application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), Defendants request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: April 1, 2008                                    Respectfully submitted,

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney


                                                         /s/
                                                        MELANIE L. PROCTOR
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 4/7/08                                            _____
                                                        PHYLLIS J. HAMILTON
                                                        United States District Judge

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*

---

[1] On March 24, 2008, Defendants' counsel wrote to Plaintiff, who now appears to be proceeding pro se, regarding the ADR certification. To date, Plaintiff has not responded to that letter. Defendants file the certification today in order to comply with the service requirements of Civ. L.R. 5-5(a).

ADR CERTIFICATION
No. C 08-0340 PJH                          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

XIU FANG LUO,

        Plaintiff,

v.

MICHAEL CHERTOFF et al,

        Defendants.
_____/

Case Number: CV08-00340 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Xiu Fang Luo
63 Mercury Street
San Francisco, CA 94124

Dated: April 8, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk