UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** April 24, 2008                                                                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-340 PJH

**Case Name:** Xiu Fang Luo v. Michael Chertoff

**Attorney(s) for Plaintiff:**        no appearance
**Attorney(s) for Defendant:**        Melanie L. Proctor

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

**PROCEEDINGS**

　　Initial Case Management Conference-Held. No appearance is made by plaintiff. The court to issue an order to show cause. Order to Show Cause hearing is set for 5/8/08 at 2:30 p.m.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file