IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XIU FANG LUO,

        Plaintiff,

  v.

MICHAEL CHERTOFF,

        Defendant.

No. C 08-0340 PJH

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the case management conference on April 24, 2008, and defendant having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A hearing on the ORDER TO SHOW CAUSE shall be held on May 8, 2008, at 2:30 p.m. If plaintiff fails to appear and/or fails to show good cause for her non-appearance on Aril 24, 2008, the case will be dismissed for failure to prosecute.

The Court further notes that plaintiff has failed to comply with the Court's order of February 26, 2008, vacating her former counsel's *pro hac vice* status and ordering her to file by March 28, 2008 a substitution of new counsel or advise the Court that he intends to represent himself. As that notice was e-mailed to plaintiff's prior counsel since no address for plaintiff was available, this notice will be mailed by regular mail to the address for plaintiff found on the certificate of service supplied by defendant.

**IT IS SO ORDERED.**

Dated: April 25, 2008

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

XIU FANG LUO,

        Plaintiff,

  v.

MICHAEL CHERTOFF et al,

        Defendants.

Case Number: CV08-00340 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Xiu Fang Luo
63 Mercury Street
San Francisco, CA 94124

Dated: April 25, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk