UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** May 8, 2008             **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-340 PJH

**Case Name:** Xiu Fang Luo v. Michael Chertoff

**Attorney(s) for Plaintiff:** Xiu Fang Luo (pro per)
**Attorney(s) for Defendant:** Melanie L. Proctor

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Not Reported

### PROCEEDINGS

Order to Show Cause-Held. The court discharges the order to show cause. The court will give plaintiff 30 additional days to find counsel. The court informs defense counsel that she may file her motion to remand. The court sets a further case management conference on 6/19/08 at 2:30 p.m. The court will allow an appearance by a different attorney on behalf of Ms. Proctor at the next case management conference if she is in trial.

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file