JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIU FANG LUO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; EMILIO ) <br> GONZALEZ, Director, United States ) <br> Citizenship and Immigration Services; ) <br> JOSEPH P. RUSSONIELLO,* United ) <br> States Attorney, California Northern ) <br> District; ROSEMARY MELVILLE, San ) <br> Francisco District Director; ROBERT S. ) <br> MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 08-0340 PJH <br><br> RE-NOTICE OF MOTION <br><br> Date: July 23, 2008 <br> Time: 9:00 a.m. <br> Ctrm: 3, 17th Floor |

**RE-NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Wednesday, July 23, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Hon. Phyllis J. Hamilton, United States District Judge, 450 Golden Gate Avenue, San Francisco, California, Defendants Michael Chertoff, Secretary of the Department of Homeland Security, et al., by and through their attorneys, Joseph P.

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Joseph P. Russoniello is substituted for his predecessor, Scott Schools, as the United States Attorney for the Northern District of California.

RE-NOTICE OF MOTION
No. C 08-0340 PJH

Russoniello, United States Attorney, and Melanie L. Proctor, Assistant United States Attorney, Defendants Michael Chertoff, et al., will move this Court to dismiss Defendants Mukasey, Mueller, and Russoniello, and to remand this matter to the agency. Defendants' Motion is based on this notice, the points and authorities in support of this motion, the declaration of Randall Ricks, and the pleadings on file in this matter.

      Plaintiff's opposition to the motion will be due on July 2, 2008, 21 days prior to the hearing date. Defendants' reply will be due on July 9, 2008, 14 days prior to the hearing date.

Dated: June 11, 2008                                         Respectfully submitted,

                                                             JOSEPH P. RUSSONIELLO
                                                             United States Attorney

                                                                 /s/
                                                            MELANIE L. PROCTOR
                                                           Assistant United States Attorney
                                                           Attorneys for Defendants

# CERTIFICATE OF SERVICE

**<u>Xiu Fang Luo v. Michael Chertoff, et al.</u>**
C 08-0340 PJH

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Re-Notice of Motion**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___    **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___    **FEDERAL EXPRESS**

___    **CERTIFIED MAIL**

___    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Xiu Fang Luo, Pro Se
63 Mercury Street
San Francisco, California 94124

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2008 at San Francisco, California.

                         /s/
                     CAROL E. WEXELBAUM
                     Legal Assistant