**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** June 19, 2008                              **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-340 PJH

**Case Name:** Xiu Fang Luo v. Michael Chertoff

**Attorney(s) for Plaintiff:**       no appearance
**Attorney(s) for Defendant:**    Melanie L. Proctor

**Deputy Clerk**: Nichole Heuerman              **Court Reporter**: Not Reported

**PROCEEDINGS**

　　　Further Case Management Conference-Held. The plaintiff does not appear. The pending motion to remand will go forward. Counsel is informed that if no opposition is filed the motion may be decided on the papers.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file