1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                 SAN FRANCISCO DIVISION
11
   XIU FANG LUO,                          )    No. C 08-0340 PJH
12                                        )
                    Plaintiff,            )
13                                        )
        v.                                )
14                                        )    REPLY
   MICHAEL CHERTOFF, Secretary,           )
15 Department of Homeland Security; et al., )
                                          )
16                                        )
                    Defendants.           )
17 _____ )

18      On June 9, 2008, Defendants moved the Court to remand this action to the United States

19 Citizenship and Immigration Services. Elec. Dkt. No. 18. Defendants noticed July 23, 2008, for a

20 hearing. Under Local Rules, Plaintiff's opposition to the motion was due on July 2, 2008, twenty-

21 one days prior to the hearing. Civ. L.R. 7-3(a). Plaintiff has filed no opposition. Accordingly,

22 Defendants respectfully request to Court to dismiss this action, with prejudice.

23 Dated: July 7, 2008                         Respectfully submitted,

24                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
25
                                                    /s/
26                                             MELANIE L. PROCTOR
                                               Assistant United States Attorney
27                                             Attorneys for Defendants

28

REPLY
No. C 08-0340 PJH

# CERTIFICATE OF SERVICE

**Xiu Fang Luo v. Michael Chertoff, et al.**
**C 08-0340 PJH**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Reply**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___ **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___ **FEDERAL EXPRESS**

___ **CERTIFIED MAIL**

___ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Xiu Fang Luo, Pro Se
63 Mercury Street
San Francisco, California 94124

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 7, 2008 at San Francisco, California.

                        /s/
                        CAROL E. WEXELBAUM
                        Legal Assistant