UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** July 23, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-340 PJH

**Case Name:** Xiu Fang Luo v. Michael Chertoff

**Attorney(s) for Plaintiff:** no appearance
**Attorney(s) for Defendant:** Melanie L. Proctor

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Lydia Zinn

**PROCEEDINGS**

Defendants' Motion to Dismiss and to Remand-GRANTED as stated on the record. Defense counsel to prepare order for the court's signature.

**Order to be prepared by:**   [] Pl [x] Def [] Court

**Notes:**

**cc:** file